Lewis Jubran, Esq. (CA Bar no. 337336)
Abusharar and Associates
501 N. Brookhurst St. #202
Anaheim, CA 92801
Tel: 714-535-5600
Fax: 714-535-5605
Email: associate@abushararlaw.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mohamed M. Bustani | Case No.: |
| Plaintiff, | |
| vs. | COMPLAINT FOR DECLARATORY RELIEF AND FOR A WRIT IN THE NATURE OF IMMIGRATION MANDAMUS |
| **United States Department of Homeland Security; United States Citizenship and Immigration Services; Alejandro Mayorkas,** Secretary, Department of Homeland Security; **Ur M. Jaddou**, Director, U.S. Citizenship and Immigration Services; **Ted H. Kim,** Associate Director of Refugee, Asylum, and International Operations; **Los Angeles Asylum Office; David Radel,** Director of the Los Angeles Asylum Office; **Matthew D. Emrich,** Associate Director of USCIS Fraud Detection and National Security Directorate; **Christopher A. Wray,** Director of Federal Bureau of Investigations | |
| Defendants. | |

COMPLAINT FOR DECLARATORY RELIEF AND FOR A WRIT IN THE NATURE OF IMMIGRATION MANDAMUS - 1

## INTRODUCTION

1.  This action is brought by Plaintiff Mohamed M. Bustani by and through his attorney, to request issuance of a writ of mandamus or in the nature of mandamus and/or to compel under the Administrative Procedure Act ("APA") ordering Defendants and those acting under them to process an Application for Asylum and for Withholding of Removal which was received and pending as of November 12, 2014, and which has still not been called for an interview.

2.  On November 12, 2014, Plaintiff Mohamed M. Bustani filed an I-589 Application for Asylum and for Withholding of Removal with Defendant United States Citizenship and Immigration Services.  **(Exhibit A- I-589 Application for Asylum and Withholding of Removal and Acknowledgement of Receipt).**   The asylum case was assigned to the Miami Asylum office to be processed and scheduled for an asylum interview.

3.  Subsequent to the date that Mohamed M. Bustani filed his I-589 Application for Asylum and Withholding of Removal, he relocated from his residence in Palm Harbor, Florida which is in the geographic jurisdiction of the Miami Asylum Office to Phoenix, Arizona which is the geographic jurisdiction of the Los Angeles Asylum Office.  On May 18, 2023 the Los Angeles Asylum Office sent an e-mail to the undersigned attorney which confirmed that Plaintiff's pending asylum case had been transferred to that office.  **(Exhibit B – May 18, 2023 e-mail from Defendant Los Angeles Asylum Office).**

4.  Defendants have violated the Administrative Procedures Act ("APA") by failing to schedule Plaintiff Mohamed M. Bustani's asylum application for an interview which has been

COMPLAINT FOR DECLARATORY RELIEF AND FOR A WRIT IN THE NATURE OF IMMIGRATION MANDAMUS - 2

pending now for over eight years.  Plaintiff seeks to compel Defendants, through a writ of

mandamus, to schedule an interview(s) for the pending asylum application.

## PARTIES

5.   Plaintiff MOHAMED M. BUSTANI is a citizen of Syria.   Plaintiff Mohamed M.

Bustaini filed his I-589 Application for Asylum and Withholding of Removal on November 12,

2014.

6.   Defendant UNITED STATES DEPARTMENT OF HOMELAND SECURITY

(hereinafter "DHS") is an agency of the United States government involved in the acts

challenged, employs the officers named as defendants, and includes the U.S. Citizenship and

Immigration Services and the officers named as defendants in this complaint.

7.   Defendant UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES

(hereinafter "USCIS") is an agency of the United States government under the DHS, overseeing

the officers named as defendants in this Complaint.

8.   Defendant ALEJANDRO MAYORKAS (hereinafter "Secretary Mayorkas") is the

Secretary of the Department of Homeland Security.  This suit is brought against Secretary

Mayorkas in his official capacity, as he is charged with the administration and enforcement of all

immigration and citizenship laws that are bound in the powers, duties, and functions of the

Department of Homeland Security.

9.   Defendant UR M. JADDOU (hereinafter "Director Jaddou") is the Director of USCIS,

the Agency charged with adjudicating Plaintiff's asylum application.  This suit is brought against

COMPLAINT FOR DECLARATORY RELIEF AND FOR A WRIT IN THE NATURE OF IMMIGRATION
MANDAMUS - 3

Director Jaddou in her official capacity, as she is charged with oversight, administration, and execution of immigration laws of the United States.

10. Defendant TED H. KIM (hereinafter "Acting Associate Director Kim") is the Acting Associate Director of Refugee, Asylum, and International Operations. This suit is brought against Acting Associate Director Kim in his official capacity, as he is charged with supervision over all asylum offices, and requires some applications to be forwarded to headquarters before final adjudication, and may, upon information and belief, have ordered that Plaintiff's case be forwarded to his office for its review.

11. Defendant LOS ANGELES ASYLUM OFFICE (hereinafter "Los Angeles Asylum Office") is an office within USCIS and the federal agency with direct authority and responsibility to adjudicate Plaintiff Mohamed M. Bustani's asylum application.

12. Defendant DAVID RADEL (hereinafter "Director Radel") is the director of the Los Angeles Asylum office. This suit is brought against Director Radel in his official capacity, as he is charged overseeing the adjudication of the asylum applications at the Los Angeles Asylum Office in a timely manner, and ensuring the efficiency of the officers employed.

13. Defendant MATTHEW D. EMRICH (hereinafter "Associate Director Emrich") is the Associate Director of USCIS Fraud Detection and National Security Directorate. This suit is brought against Associate Director Emrich in his official capacity, as he supervises all USCIS staff who review asylum applications to ensure that immigration benefits are not granted to individuals who pose a threat to national security or public safety, or who seek to defraud the immigration system. Certain applications must be reviewed by the Fraud Detection and National

COMPLAINT FOR DECLARATORY RELIEF AND FOR A WRIT IN THE NATURE OF IMMIGRATION MANDAMUS - 4

Security Directorate before their final adjudication.  Upon information and belief, USCIS has not

processed Plaintiffs' asylum application because the Fraud Detection and National Security

Directorate has never completed its review.

14. Defendant CHRISTOPHER A. WRAY (hereinafter "Director Wray") is the Director of

the Federal Bureau of Investigations.  This suit is brought against Director Wray in his official

capacity, as he is responsible for overseeing the background checks involved with immigration

matters.

## <u>JURISDICTION</u>

15. The Administrative Procedure Act recognizes a right of judicial review for any person

"suffering legal wrong because of an agency action or aggrieved or adversely affected by such

action within the meaning of any relevant statutes."  5 U.S.C. § 702.  Plaintiff suffered a legal

wrong and continue to suffer because of the Defendants' failure to act upon the pending Asylum

application for indefinite periods of time.

16. This Court has jurisdiction over the present action pursuant to 8 C.F.R. § 204,

Immigration & Nationality Act §203 (b)(1)(C); 28 U.S.C. § 1131; 28 U.S.C. §1361, the

Mandamus Act; 28 U.S.C. §2201, the Declaratory Judgment Act; and 5 U.S.C. §701-706, the

Administrative Procedures Act.  Costs and attorney fees will be sought pursuant to the Equal

Access to Justice Act, 5 U.S.C. §504 and 28 U.S.C. §2412(d), et seq. Relief is requested pursuant

to said statutes.

17. The APA also provides pursuant to 5 U.S.C. § 706(1) that courts "shall compel agency

action unlawfully withheld."  Courts have held that this provision eliminates court discretion to

COMPLAINT FOR DECLARATORY RELIEF AND FOR A WRIT IN THE NATURE OF IMMIGRATION
MANDAMUS - 5

grant relief once an agency has violated a statutory deadline. *See Biodiversity Legal Foundation
v. Badgley,* 309 F.3d 1166, 1178 (9ᵗʰ Cir. 2002) (noting that when "Congress has specifically
provided a deadline for performance, ... no balancing of factors is required or permitted."

18.   The presumption favoring judicial review is well-settled and it has been applied in the
context of immigration law. See *Kucana v Holder*, 558 U.S. 233, 251 (2010).   In *Kucana* at
252, the Supreme Court noted that it is assumed that Congress legislates with knowledge of this
presumption.   Such presumption can only be overcome when "the congressional intent to
preclude judicial review is fairly discernable in the statutory scheme*".    Block v Cmty. Nutrition
Inst.,* 467 U.S. 340, 351, 104 S. Ct. 2450, 81 L.Ed. 2d 270 (1984).

19. The authority of an alien to apply for asylum is found at 11 U.S.C. §1158(a) which states
that:    "An alien who is physically present in the United States or who arrives in the
           United States (whether of not at a designated port of arrival and including an
           alien who is brought to the United States after having been interdicted in
           international or United States waters) irrespective of such alien's status, may
           apply for asylum in accordance with this section, or where applicable,
           section 1225(b) of this title"

11 U.S.C. §1158(a) does not contain any language barring a private right of action
under the APA.   Plaintiff contends that this Court may properly review his claims for relief
herein because the limitation on a private right of action applies only to 11 U.S.C. §1158(d), and
in this case, their right to have their claim for asylum timely scheduled is premised upon 11
U.S.C. §1158(a), not 11 U.S.C. §1158(d).

20. Courts have found that claimants whose applications have been unreasonably delayed
may be afforded relief under the Administrative Procedure Act's requirements that agencies must
adjudicate within a reasonable period of time.   See *Dae Hyun Kim v Ashcroft*, 340 F.2d Supp.

384, 393 (S.D.N.Y 2004) "Moreover, although there is no statutory or regulatory deadline by which USCIS must adjudicate an application, at some point, Defendants failure to take any action runs afoul of Section 555(b) [APA]; *Villa v DHS*, 607 F. Supp. 2d 359, 35 (N.D.N.Y. 2009) finding that pursuant to 5 U.S.C. §555 (b) of the APA, USCIS must adjudicate applications within a reasonable period of time.    Because the APA provides an independent basis for federal jurisdiction from 8 U.S.C. §1158(d)(7), this Court has jurisdiction to hear the subject Complaint.

## VENUE

21. Venue is proper in this Court, pursuant to 28 U.S.C. § 1391(e)(1), which provides that in a civil action in which each defendant is an officer or employee of the United States or any agency thereof acting in his or her official capacity, or under the color of legal authority, or any agency of the United States, the action may be brought in any judicial district in which a substantial part of the events or omissions giving rise to the claim occurred.    Plaintiff contends that a substantial part of the events which give rise to the subject claim occurred in this judicial district.  No real property is involved in this action.  Therefore, venue is proper in this Court.

## EXHAUSTION OF REMEDIES

22. Plaintiff has no administrative remedies.  Since Plaintiff Mohamed M. Bustani filed his I-589 Application for Asylum and Withholding of Removal on November 12, 2014, he has received no correspondence or communications whatsoever from Defendants about the pending asylum application and when it will be scheduled for an interview.   There are no administrative remedies for neglect of duty.

COMPLAINT FOR DECLARATORY RELIEF AND FOR A WRIT IN THE NATURE OF IMMIGRATION MANDAMUS - 7

**CAUSE OF ACTION**

23. Pursuant to 8 U.S.C. §1158, Plaintiff Mohamed M. Bustani filed an Application for Asylum and Withholding of Removal with Defendant United States Citizenship and Immigration Services on November 12, 2014.   **(Exhibit A – I-589 Application for Asylum and Withholding of Removal and Acknowledgement of Receipt).**   Since that date, he has received no further communications or information from any Defendants about when his asylum interview would be scheduled or how much longer he would have to wait to have his interview scheduled, rather, there has been a complete lack of communication from Defendants.  Plaintiff therefore has no way of knowing how much longer the scheduling process will take.

24. Under 28 U.S.C. § 1361, the district courts shall have original jurisdiction of any action in the nature of a mandamus to compel an officer or employee of the United States or any agency thereof to perform a duty owed to the plaintiff.

25. Under the Administrative Procedures Act, a person suffering legal wrong because of agency action, or adversely affected or aggrieved by agency action within the meaning of a relevant statute, is entitled to judicial review thereof.

26. Defendants have a statutory duty to adjudicate asylum requests within 180 days of filing pursuant to 8 U.S.C. § 1158(d)(5)(A)(iii).  It has been more than eight years since Plaintiff Mohamed M. Bustani applied for Asylum and his case has still not been scheduled for an interview.

27. Plaintiff has no adequate remedy at law, and will continue to suffer irreparable harm if the asylum application is not promptly scheduled for an interview and adjudicated.

31. Pursuant to 28 U.S.C. § 1361, this Court has "original jurisdiction in the nature of the mandamus to compel an officer or employee of the United States or any agency thereof to perform a duty owed to the [Plaintiffs.]"

32. Pursuant to 28 U.S.C. § 1651, this Court may issue any and all "writs necessary or appropriate in aid of [the Court's] respective jurisdiction [ ] and agreeable to the usages and principles of law."

## CLAIM FOR RELIEF

33. Plaintiff's claim in this action is clear and certain. Plaintiff realleges paragraphs 1 through 32, and, as if fully set forth, Plaintiff is entitled to an order in the nature of mandamus to compel Defendants to complete administrative processing and schedule an interview for the pending Asylum application.

34. As a result of Defendants' failure to perform their duties, Plaintiff has suffered, is suffering, and will continue to suffer irreparable harm. Specifically:

a. Plaintiff has been irreparably damaged from the fear of not knowing what will happen with the asylum case for the past eight years. He has been constantly hoping for a date to interview for the application for asylum, so he would not have to worry about his future. Because of the long wait and unknowing, Plaintiff is enduring significant psychological damage.

b. The delay is causing irreparable harm to Plaintiff who is not able to continue with his life in the United States without fear of returning to Syria, a country where he will more likely than not be persecuted, tortured, or killed.

COMPLAINT FOR DECLARATORY RELIEF AND FOR A WRIT IN THE NATURE OF IMMIGRATION MANDAMUS - 9

35. The Defendants, in violation of the Administrative Procedures Act, are unlawfully withholding or unreasonably delaying action on Plaintiff Mohamed M. Bustani's application, and have failed to carry out the non-discretionary adjudicative functions delegated to them by law with regard to his case.

36. The Defendants, in violation of the Administrative Procedures Act and 22 C.F.R. 42.81(a), are unlawfully withholding or unreasonably delaying action on Plaintiff's application and have failed to carry out the non-discretionary adjudicative functions delegated to them by law with regard to his case.

37. The duty of the Defendants is non-discretionary, ministerial, and so plainly described as to be free from doubt that mandamus is appropriate.

38. Plaintiff Mohamed Bustani has attempted to learn about the status of his pending Asylum and Withholding of Removal application, all to no avail.  Only Defendant Los Angeles Asylum Office is able to make decisions on scheduling an asylum interview, leaving no adequate remedy. Accordingly, Plaintiffs have been forced to pursue the instant action.

## **PRAYER**

39. WHEREFORE, in view of the arguments and authorities noted herein, Plaintiff respectfully prays that the Defendants be cited to appear herein and that, upon due consideration, the Court:

      a.   Accept jurisdiction and maintain continuing jurisdiction of this action;

      b.   Declare as unlawful the violation by Defendants of failing to act on a properly filed Asylum and Withholding of Removal application;

COMPLAINT FOR DECLARATORY RELIEF AND FOR A WRIT IN THE NATURE OF IMMIGRATION MANDAMUS - 10

c.   Declare Defendants' failure to carry out the adjudicative functions delegated to them by law with regard to Plaintiff's case as agency action unlawfully withheld and unreasonably delayed, pursuant to 5 U.S.C. § 706(1);

d.   Issue a writ in the nature of mandamus pursuant to 28 U.S.C. § 1361 and 5 U.S.C. § 706(1), compelling the Defendants to take action on Plaintiff Mohamed M. Bustani's Asylum and Withholding of Removal application by promptly scheduling his interview and then timely adjudicating his case;

e.   Grant attorney's fees and costs of this suit under the Equal Access to Justice Act, 28 U.S.C. § 2412;

f.   Grant such other relief at law and in equity as justice may require.

Dated this August 14, 2023                    Respectfully Submitted,

/s/ Lewis Jubran

Lewis Jubran, Esq.
Counsel for Plaintiff

1

# LIST OF EXHIBITS TO COMPLAINT FOR DECLARATORY RELIEF AND FOR A

2

## WRIT IN THE NATURE OF IMMIGRATION MANDAMUS

3

### BUSTANI v UNITED STATES DEPARTMENT OF HOMELAND SECURITY

4

5

6

| Exhibit | Description | Pages |
|---------|-------------|-------|
| A | I589 Application for Asylum and Withholding of Removal and Acknowledgment of Receipt | 1-13 |
| B | May 18, 2023 E-mail from Defendant Los Angeles Asylum Office | 14-15 |

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COMPLAINT FOR DECLARATORY RELIEF AND FOR A WRIT IN THE NATURE OF IMMIGRATION
MANDAMUS - 12

**EXHIBIT A**

Department of Homeland Security
U.S. Citizenship and Immigration Services

U.S. Department of Justice
Executive Office for Immigration Review

OMB No. 1615-0067; Expires 11/30/2014

**I-589, Application for Asylum
and for Withholding of Removal**

START HERE - Type or print in black ink. See the instructions for information about eligibility and how to complete and file this application. There is NO filing fee for this application.

NOTE: Check this box if you also want to apply for withholding of removal under the Convention Against Torture.    ☒

## Part A.I. Information About You

| 1. Alien Registration Number(s) (A-Number) (if any) NONE | | 2. U.S. Social Security Number (if any) |
|---|---|---|
| 3. Complete Last Name BUSTANI | 4. First Name MOHAMED | 5. Middle Name MOHAMED NAZIR |

6. What other names have you used (include maiden name and aliases)?
NONE

7. Residence in the U.S. (where you physically reside)

| Street Number and Name 2701 14TH COURT | | | Apt. Number |
|---|---|---|---|
| City PALM HARBOR | State FL | Zip Code 90630 | Telephone Number ( 562 ) 338-6604 |

8. Mailing Address in the U.S. (if different than the address in Item Number 7)

| In Care Of (if applicable): | Telephone Number ( ) |
|---|---|
| Street Number and Name | Apt. Number |
| City | State | Zip Code |

| 9. Gender: ☒ Male ☐ Female | 10. Marital Status: ☒ Single ☐ Married ☐ Divorced ☐ Widowed |
|---|---|
| 11. Date of Birth (mm/dd/yyyy) 02/12/1982 | 12. City and Country of Birth DAMASCUS, SYRIA |

| 13. Present Nationality (Citizenship) SYRIAN | 14. Nationality at Birth SYRIAN | 15. Race, Ethnic, or Tribal Group WHITE | 16. Religion MUSLIM-SUNNI |
|---|---|---|---|

17. Check the box, a through c, that applies:  a. ☒ I have never been in Immigration Court proceedings.

b. ☐ I am now in Immigration Court proceedings.    c. ☐ I am not now in Immigration Court proceedings, but I have been in the past.

18. Complete 18 a through c.

a. When did you last leave your country? (mm/dd/yyyy) 09/30/2008    b. What is your current I-94 Number, if any?

c. List each entry into the U.S. beginning with your most recent entry. List date (mm/dd/yyyy), place, and your status for each entry. (Attach additional sheets as needed.)

| Date 10/02/2014 | Place LAX | Status B2 | Date Status Expires 04/01/2015 |
|---|---|---|---|
| Date | Place | Status | |
| Date | Place | Status | |

| 19. What country issued your last passport or travel document? SYRIA | 20. Passport Number 005829929 Travel Document Number | 21. Expiration Date (mm/dd/yyyy) 04/05/2017 |
|---|---|---|

| 22. What is your native language (include dialect, if applicable)? ARABIC | 23. Are you fluent in English? ☒ Yes ☐ No | 24. What other languages do you speak fluently? NONE |
|---|---|---|

| For EOIR use only. | For USCIS use only. | Action: Interview Date: Asylum Officer ID#: | Decision: Approval Date: Denial Date: Referral Date: |
|---|---|---|---|

NOV 1 2 2014 AM 0 2

Form I-589 (Rev. 11/01/12) Y

## Part A.II. Information About Your Spouse and Children

**Your spouse**    [X] I am not married. (Skip to *Your Children,* below.)

| 1. Alien Registration Number (A-Number) *(if any)* | 2. Passport/ID Card Number *(if any)* | 3. Date of Birth *(mm/dd/yyyy)* | 4. U.S. Social Security Number *(if any)* |
|---|---|---|---|
| 5. Complete Last Name | 6. First Name | 7. Middle Name | 8. Maiden Name |
| 9. Date of Marriage *(mm/dd/yyyy)* | 10. Place of Marriage | | 11. City and Country of Birth |
| 12. Nationality (Citizenship) | 13. Race, Ethnic, or Tribal Group | | 14. Gender [ ] Male   [ ] Female |

**15. Is this person in the U.S.?**  [ ] Yes *(Complete Blocks 16 to 24.)*   [ ] No *(Specify location):*

| 16. Place of last entry into the U.S. | 17. Date of last entry into the U.S. *(mm/dd/yyyy)* | 18. I-94 Number *(if any)* | 19. Status when last admitted *(Visa type, if any)* |
|---|---|---|---|
| 20. What is your spouse's current status? | 21. What is the expiration date of his/her authorized stay, if any? *(mm/dd/yyyy)* | 22. Is your spouse in Immigration Court proceedings? [ ] Yes   [ ] No | 23. If previously in the U.S., date of previous arrival *(mm/dd/yyyy)* |

**24. If in the U.S., is your spouse to be included in this application?** *(Check the appropriate box.)*

[ ] Yes *(Attach one photograph of your spouse in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)*

[ ] No

**Your Children.** List all of your children, regardless of age, location, or marital status.

[X] I do not have any children. *(Skip to Part A.III., Information about your background)*

[ ] I have children.   Total number of children: _____

**(NOTE:** Use Form I-589 Supplement A or attach additional sheets of paper and documentation if you have more than four children.)

| 1. Alien Registration Number (A-Number) *(if any)* | 2. Passport/ID Card Number *(if any)* | 3. Marital Status *(Married, Single, Divorced, Widowed)* | 4. U.S. Social Security Number *(if any)* |
|---|---|---|---|
| 5. Complete Last Name | 6. First Name | 7. Middle Name | 8. Date of Birth *(mm/dd/yyyy)* |
| 9. City and Country of Birth | 10. Nationality *(Citizenship)* | 11. Race, Ethnic, or Tribal Group | 12. Gender [ ] Male   [ ] Female |

**13. Is this child in the U.S.?**  [ ] Yes *(Complete Blocks 14 to 21.)*   [ ] No *(Specify location):*

| 14. Place of last entry into the U.S. | 15. Date of last entry into the U.S. *(mm/dd/yyyy)* | 16. I-94 Number *(if any)* | 17. Status when last admitted *(Visa type, if any)* |
|---|---|---|---|
| 18. What is your child's current status? | 19. What is the expiration date of his/her authorized stay, if any? *(mm/dd/yyyy)* | 20. Is your child in Immigration Court proceedings? [ ] Yes   [ ] No | |

**21. If in the U.S., is this child to be included in this application?** *(Check the appropriate box.)*

[ ] Yes *(Attach one photograph of your spouse in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)*

[ ] No

2

## Part A.II. Information About Your Spouse and Children (Continued)

| 1. Alien Registration Number (A-Number) *(if any)* | 2. Passport/ID Card Number *(if any)* | 3. Marital Status *(Married, Single, Divorced, Widowed)* | 4. U.S. Social Security Number *(if any)* |
|---|---|---|---|
| 5. Complete Last Name | 6. First Name | 7. Middle Name | 8. Date of Birth *(mm/dd/yyyy)* |
| 9. City and Country of Birth | 10. Nationality *(Citizenship)* | 11. Race, Ethnic, or Tribal Group | 12. Gender ☐ Male ☐ Female |

13. Is this child in the U.S. ? ☐ Yes *(Complete Blocks 14 to 21.)*  ☐ No *(Specify location):*

| 14. Place of last entry into the U.S. | 15. Date of last entry into the U.S. *(mm/dd/yyyy)* | 16. I-94 Number *(If any)* | 17. Status when last admitted *(Visa type, if any)* |
|---|---|---|---|
| 18. What is your child's current status? | 19. What is the expiration date of his/her authorized stay, if any? *(mm/dd/yyyy)* | 20. Is your child in Immigration Court proceedings? ☐ Yes ☐ No | |

21. If in the U.S., is this child to be included in this application? *(Check the appropriate box.)*
☐ Yes *(Attach one photograph of your spouse in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)*
☐ No

| 1. Alien Registration Number (A-Number) *(if any)* | 2. Passport/ID Card Number *(if any)* | 3. Marital Status *(Married, Single, Divorced, Widowed)* | 4. U.S. Social Security Number *(if any)* |
|---|---|---|---|
| 5. Complete Last Name | 6. First Name | 7. Middle Name | 8. Date of Birth *(mm/dd/yyyy)* |
| 9. City and Country of Birth | 10. Nationality *(Citizenship)* | 11. Race, Ethnic, or Tribal Group | 12. Gender ☐ Male ☐ Female |

13. Is this child in the U.S. ? ☐ Yes *(Complete Blocks 14 to 21.)*  ☐ No *(Specify location):*

| 14. Place of last entry into the U.S. | 15. Date of last entry into the U.S. *(mm/dd/yyyy)* | 16. I-94 Number *(If any)* | 17. Status when last admitted *(Visa type, if any)* |
|---|---|---|---|
| 18. What is your child's current status? | 19. What is the expiration date of his/her authorized stay, if any? *(mm/dd/yyyy)* | 20. Is your child in Immigration Court proceedings? ☐ Yes ☐ No | |

21. If in the U.S., is this child to be included in this application? *(Check the appropriate box.)*
☐ Yes *(Attach one photograph of your spouse in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)*
☐ No

| 1. Alien Registration Number (A-Number) *(if any)* | 2. Passport/ID Card Number *(if any)* | 3. Marital Status *(Married, Single, Divorced, Widowed)* | 4. U.S. Social Security Number *(if any)* |
|---|---|---|---|
| 5. Complete Last Name | 6. First Name | 7. Middle Name | 8. Date of Birth *(mm/dd/yyyy)* |
| 9. City and Country of Birth | 10. Nationality *(Citizenship)* | 11. Race, Ethnic, or Tribal Group | 12. Gender ☐ Male ☐ Female |

13. Is this child in the U.S. ? ☐ Yes *(Complete Blocks 14 to 21.)*  ☐ No *(Specify location):*

| 14. Place of last entry into the U.S. | 15. Date of last entry into the U.S. *(mm/dd/yyyy)* | 16. I-94 Number *(If any)* | 17. Status when last admitted *(Visa type, if any)* |
|---|---|---|---|
| 18. What is your child's current status? | 19. What is the expiration date of his/her authorized stay, if any? *(mm/dd/yyyy)* | 20. Is your child in Immigration Court proceedings? ☐ Yes ☐ No | |

21. If in the U.S., is this child to be included in this application? *(Check the appropriate box.)*
☐ Yes *(Attach one photograph of your spouse in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)*
☐ No

Form I-589 (Rev. 11/01/12) Y  Page 3

3



**Part A. II. Information About Your Background.**

1. List your last address where you lived before coming to the United States. If this is not the country where you fear persecution, also list the last address in the country where you fear persecution. *(List Address, City/Town, Department, Province, or State and Country.)*
   (NOTE: Use Form I-589 Supplement B, or additional sheets of paper, if necessary.)

| Number and Street *(Provide if available)* | City/Town | Department, Province, or State | Country | Dates From *(Mo/Yr)* | To *(Mo/Yr)* |
|---|---|---|---|---|---|
| 104Airport Rd Regal Sal | Abu Dhabi | | UAE | 02/06 | 10/14 |
| 2, QOURTOBA ST | DAMASCUS | | SYRIA | 02/82 | 02/06 |

2. Provide the following information about your residences during the past 5 years. List your present address first.
   (NOTE: Use Form I-589 Supplement B, or additional sheets of paper, if necessary.)

| Number and Street | City/Town | Department, Province, or State | Country | Dates From *(Mo/Yr)* | To *(Mo/Yr)* |
|---|---|---|---|---|---|
| 2701 14TH COURT | PALM HARBOR | FLORIDA | USA | | PRESENT |
| 6441 FERNE AVE | CYPRESS | CA | USA | 10/14 | 11/14 |
| 104Airport Rd Regal Sal | ABU DHABI | | UAE | 02/06 | 10/14 |
| | | | | | |
| | | | | | |

3. Provide the following information about your education, beginning with the most recent.
   (NOTE: Use Form I-589 Supplement B, or additional sheets of paper, if necessary.)

| Name of School | Type of School | Location *(Address)* | Attended From *(Mo/Yr)* | To *(Mo/Yr)* |
|---|---|---|---|---|
| SUDAN UNI OF SCIENCE&TECHNOL | UNIVERSITY | KHOURTOOM, SUDAN | 01/00 | 01/05 |
| OMAR CHAKHACHIRO PROVISIONAL | SECONDARY SCHOOL | DAMASCUS, SYRIA | 01/99 | 01/00 |
| | | | | |
| | | | | |

4. Provide the following information about your employment during the past 5 years. List your present employment first.
   (NOTE: Use Form I-589 Supplement B, or additional sheets of paper, if necessary.)

| Name and Address of Employer | Your Occupation | Dates From *(Mo/Yr)* | To *(Mo/Yr)* |
|---|---|---|---|
| GHANEM ALI BIN HAMOODAH AND SONS LLC | ADMIN & ACCOUNTS ASSISTANT | 10/09 | 10/14 |
| | | | |
| | | | |

5. Provide the following information about your parents and siblings (brothers and sisters). Check the box if the person is deceased.
   (NOTE: Use Form I-589 Supplement B, or additional sheets of paper, if necessary.)

| Full Name | City/Town and Country of Birth | Current Location |
|---|---|---|
| *Mother* RIHAB TIBI | DAMASCUS SYRIA | ☐ Deceased  ABU DHABI,UAE |
| *Father* MOHAMED NAZIR BUSTANI | DAMASCUS SYRIA | ☒ Deceased |
| *Sibling* MANAR BUSTANI | DAMASCUS SYRIA | ☐ Deceased  ABU DHABI,UAE |
| *Sibling* MOHAMED TOUFEEK BUSTANI | DAMASCUS SYRIA | ☐ Deceased  ABU DHABI,UAE |
| *Sibling* | | ☐ Deceased |
| *Sibling* | | ☐ Deceased |

4

## Part B. Information About Your Application

*(NOTE: Use Form I-589 Supplement B, or attach additional sheets of paper as needed to complete your responses to the questions contained in Part B.)*

When answering the following questions about your asylum or other protection claim (withholding of removal under 241(b)(3) of the INA or withholding of removal under the Convention Against Torture), you must provide a detailed and specific account of the basis of your claim to asylum or other protection. To the best of your ability, provide specific dates, places, and descriptions about each event or action described. You must attach documents evidencing the general conditions in the country from which you are seeking asylum or other protection and the specific facts on which you are relying to support your claim. If this documentation is unavailable or you are not providing this documentation with your application, explain why in your responses to the following questions.

Refer to Instructions, Part 1: Filing Instructions, Section II, "Basis of Eligibility," Parts A - D, Section V, "Completing the Form," Part B, and Section VII, "Additional Evidence That You Should Submit," for more information on completing this section of the form.

1. Why are you applying for asylum or withholding of removal under section 241(b)(3) of the INA, or for withholding of removal under the Convention Against Torture? Check the appropriate box(es) below and then provide detailed answers to questions A and B below.

I am seeking asylum or withholding of removal based on:

☐ Race                          ☒ Political opinion
☒ Religion                      ☒ Membership in a particular social group
☐ Nationality                   ☒ Torture Convention

A. Have you, your family, or close friends or colleagues ever experienced harm or mistreatment or threats in the past by anyone?

☐ No        ☒ Yes

If "Yes," explain in detail:
1. What happened;
2. When the harm or mistreatment or threats occurred;
3. Who caused the harm or mistreatment or threats; and
4. Why you believe the harm or mistreatment or threats occurred.

PLEASE REFER TO DECLARATION

B. Do you fear harm or mistreatment if you return to your home country?

☐ No        ☒ Yes

If "Yes," explain in detail:
1. What harm or mistreatment you fear;
2. Who you believe would harm or mistreat you; and
3. Why you believe you would or could be harmed or mistreated.

PLEASE REFER TO DECLARATION

Form I-589 (Rev. 11/01/12) Y  Page 5

S

## Part B. Information About Your Application (Continued)

2. Have you or your family members ever been accused, charged, arrested, detained, interrogated, convicted and sentenced, or imprisoned in any country other than the United States?

☐ No          ☒ Yes

If "Yes," explain the circumstances and reasons for the action.

> PLEASE REFER TO DECLARATION

3.A. Have you or your family members ever belonged to or been associated with any organizations or groups in your home country, such as, but not limited to, a political party, student group, labor union, religious organization, military or paramilitary group, civil patrol, guerrilla organization, ethnic group, human rights group, or the press or media?

☒ No          ☐ Yes

If "Yes," describe for each person the level of participation, any leadership or other positions held, and the length of time you or your family members were involved in each organization or activity.

3.B. Do you or your family members continue to participate in any way in these organizations or groups?

☒ No          ☐ Yes

If "Yes," describe for each person your or your family members' current level of participation, any leadership or other positions currently held, and the length of time you or your family members have been involved in each organization or group.

4. Are you afraid of being subjected to torture in your home country or any other country to which you may be returned?

☐ No          ☒ Yes

If "Yes," explain why you are afraid and describe the nature of torture you fear, by whom, and why it would be inflicted.

> PLEASE REFER TO DECLARATION

## Part C. Additional Information About Your Application

(NOTE: *Use Form I-589 Supplement B, or attach additional sheets of paper as needed to complete your responses to the questions contained in Part C.*)

1. Have you, your spouse, your child(ren), your parents or your siblings ever applied to the U.S. Government for refugee status, asylum, or withholding of removal?

    ☒ No        ☐ Yes

    If "Yes," explain the decision and what happened to any status you, your spouse, your child(ren), your parents, or your siblings received as a result of that decision. Indicate whether or not you were included in a parent or spouse's application. If so, include your parent or spouse's A-number in your response. If you have been denied asylum by an immigration judge or the Board of Immigration Appeals, describe any change(s) in conditions in your country or your own personal circumstances since the date of the denial that may affect your eligibility for asylum.

2.A. After leaving the country from which you are claiming asylum, did you or your spouse or child(ren) who are now in the United States travel through or reside in any other country before entering the United States?

    ☒ No        ☐ Yes

2.B. Have you, your spouse, your child(ren), or other family members, such as your parents or siblings, ever applied for or received any lawful status in any country other than the one from which you are now claiming asylum?

    ☐ No        ☒ Yes

    If "Yes" to either or both questions (2A and/or 2B), provide for each person the following: the name of each country and the length of stay, the person's status while there, the reasons for leaving, whether or not the person is entitled to return for lawful residence purposes, and whether the person applied for refugee status or for asylum while there, and if not, why he or she did not do so.

    MY MOTHER AND SISTER, AND BROTHER HAVE A TEMPORARY PERMIT TO LIVE IN THE UAE

3. Have you, your spouse or your child(ren) ever ordered, incited, assisted or otherwise participated in causing harm or suffering to any person because of his or her race, religion, nationality, membership in a particular social group or belief in a particular political opinion?

    ☒ No        ☐ Yes

    If "Yes," describe in detail each such incident and your own, your spouse's, or your child(ren)'s involvement.

7

## Part C. Additional Information About Your Application (Continued)

**4.** After you left the country where you were harmed or fear harm, did you return to that country?

☒ No      ☐ Yes

If "Yes," describe in detail the circumstances of your visit(s) (for example, the date(s) of the trip(s), the purpose(s) of the trip(s), and the length of time you remained in that country for the visit(s).)

**5.** Are you filing this application more than 1 year after your last arrival in the United States?

☒ No      ☐ Yes

If "Yes," explain why you did not file within the first year after you arrived. You must be prepared to explain at your interview or hearing why you did not file your asylum application within the first year after you arrived. For guidance in answering this question, see Instructions, Part 1: Filing Instructions, Section V. "Completing the Form," Part C.

**6.** Have you or any member of your family included in the application ever committed any crime and/or been arrested, charged, convicted, or sentenced for any crimes in the United States?

☒ No      ☐ Yes

If "Yes," for each instance, specify in your response: what occurred and the circumstances, dates, length of sentence received, location, the duration of the detention or imprisonment, reason(s) for the detention or conviction, any formal charges that were lodged against you or your relatives included in your application, and the reason(s) for release. Attach documents referring to these incidents, if they are available, or an explanation of why documents are not available.

8






### Part D. Your Signature

I certify, under penalty of perjury under the laws of the United States of America, that this application and the
evidence submitted with it are all true and correct. Title 18, United States Code, Section 1546(a), provides in part:
Whoever knowingly makes under oath, or as permitted under penalty of perjury under Section 1746 of Title 28,
United States Code, knowingly subscribes as true, any false statement with respect to a material fact in any
application, affidavit, or other document required by the immigration laws or regulations prescribed thereunder,
knowingly presents any such application, affidavit, or other document containing any such false statement
which fails to contain any reasonable basis in law or fact - shall be fined in accordance with this title
imprisoned for up to 25 years. I authorize the release of any information from my immigration record that U.S.
Citizenship and Immigration Services (USCIS) needs to determine eligibility for the benefit I am seeking.

*WARNING:* Applicants who are in the United States illegally are subject to removal if their asylum or withholding claims are not granted by
an asylum officer or an immigration judge. Any information provided in completing this application may be used as a basis for the
institution of, or as evidence in, removal proceedings even if the application is later withdrawn. Applicants determined to have knowingly
made a frivolous application for asylum will be permanently ineligible for any benefits under the Immigration and Nationality Act. You may
not avoid a frivolous finding simply because someone advised you to provide false information in your asylum application. If filing with
USCIS, unexcused failure to appear for an appointment to provide biometrics (such as fingerprints) and your biographical information
within the time allowed may result in an asylum officer dismissing your asylum application or referring it to an immigration judge. Failure
without good cause to provide DHS with biometrics or other biographical information while in removal proceedings may result in your
application being found abandoned by the immigration judge. See sections 208(d)(5)(A) and 208(d)(6) of the INA and 8 CFR sections
208.10, 1208.10, 208.20, 1003.47(d) and 1208.20.

| Print your complete name. | Write your name in your native alphabet. |
|---|---|
| Mohamed Bustani | محمد نزار مصطفى البستاني |

Did your spouse, parent, or child(ren) assist you in completing this application? ☐ No    ☐ Yes *(If "Yes," list the name and relationship.)*

_____    _____    _____    _____
(Name)            (Relationship)          (Name)            (Relationship)

Did someone other than your spouse, parent, or child(ren) prepare this application?    ☐ No    ☒ Yes *(If "Yes," complete Part E.)*

Asylum applicants may be represented by counsel. Have you been provided with a list of
persons who may be available to assist you, at little or no cost, with your asylum claim?    ☐ No    ☒ Yes

Signature of Applicant *(The person in Part A.I.)*

[ _~signature~_ ]          11/04/14

Sign your name so it all appears within the brackets          Date *(mm/dd/yyyy)*

### Part E. Declaration of Person Preparing Form, If Other Than Applicant, Spouse, Parent or Child

I declare that I have prepared this application at the request of the person named in Part D, that the responses provided are based on all information of
which I have knowledge, or which was provided to me by the applicant, and that the completed application was read to the applicant in his or her
native language or a language he/she understands for verification before he or she signed the application in my presence. I am aware that the
knowing placement of false information on the Form I-589 may also subject me to civil penalties under 8 U.S.C. 1324c and/or criminal penalties
under 18 U.S.C. 1546(a).

| Signature of Preparer | Print Complete Name of Preparer |
|---|---|
| _~signature~_ | Akram Abusharar |

| Daytime Telephone Number | Address of Preparer: Street Number and Name |
|---|---|
| ( 714 ) 535-5600 | 501 North Brookhurst Street Suite 202 |

| Apt. Number | City | State | Zip Code |
|---|---|---|---|
| | Anaheim | CA | 92801 |

Form I-589 (Rev. 11/01/12) Y Page 9

9

## Part F. To Be Completed at Asylum Interview, if Applicable

**NOTE:** *You will be asked to complete this part when you appear for examination before an asylum officer of the Department of Homeland Security, U.S. Citizenship and Immigration Services (USCIS).*

I swear (affirm) that I know the contents of this application that I am signing, including the attached documents and supplements, that they are ☐ all true or ☐ not all true to the best of my knowledge and that correction(s) numbered _____ to _____ were made by me or at my request. Furthermore, I am aware that if I am determined to have knowingly made a frivolous application for asylum I will be permanently ineligible for any benefits under the Immigration and Nationality Act, and that I may not avoid a frivolous finding simply because someone advised me to provide false information in my asylum application.

Signed and sworn to before me by the above named applicant on:

_____
Signature of Applicant

_____
Date *(mm/dd/yyyy)*

_____
Write Your Name in Your Native Alphabet

_____
Signature of Asylum Officer

## Part G. To Be Completed at Removal Hearing, if Applicable

**NOTE:** *You will be asked to complete this Part when you appear before an immigration judge of the U.S. Department of Justice, Executive Office for Immigration Review (EOIR), for a hearing.*

I swear (affirm) that I know the contents of this application that I am signing, including the attached documents and supplements, that they are ☐ all true or ☐ not all true to the best of my knowledge and that correction(s) numbered _____ to _____ were made by me or at my request. Furthermore, I am aware that if I am determined to have knowingly made a frivolous application for asylum I will be permanently ineligible for any benefits under the Immigration and Nationality Act, and that I may not avoid a frivolous finding simply because someone advised me to provide false information in my asylum application.

Signed and sworn to before me by the above named applicant on:

_____
Signature of Applicant

_____
Date *(mm/dd/yyyy)*

_____
Write Your Name in Your Native Alphabet

_____
Signature of Immigration Judge

10

**Supplement A, Form I-589**

| A-Number (If available) | Date |
|---|---|
| Applicant's Name | Applicant's Signature |

### List All of Your Children, Regardless of Age or Marital Status
(NOTE: Use this form and attach additional pages and documentation as needed if you do have more than four children)

| 1. Alien Registration Number (A-Number) (if any) | 2. Passport/ID Card Number (if any) | 3. Marital Status (Married, Single, Divorced, Widowed) | 4. U.S. Social Security Number (if any) |
|---|---|---|---|
| 5. Complete Last Name | 6. First Name | 7. Middle Name | 8. Date of Birth (mm/dd/yyyy) |
| 9. City and Country of Birth | 10. Nationality (Citizenship) | 11. Race, Ethnic, or Tribal Group | 12. Gender ☐ Male  ☐ Female |

13. Is this child in the U.S. ?  ☐ Yes (Complete Blocks 14 to 21.)  ☐ No (Specify location):

| 14. Place of last entry into the U.S. | 15. Date of last entry into the U.S. (mm/dd/yyyy) | 16. I-94 Number (if any) | 17. Status when last admitted (Visa type, if any) |
|---|---|---|---|
| 18. What is your child's current status? | 19. What is the expiration date of his/her authorized stay, if any? (mm/dd/yyyy) | 20. Is your child in Immigration Court proceedings? ☐ Yes  ☐ No | |

21. If in the U.S., is this child to be included in this application?  (Check the appropriate box.)
☐ Yes (Attach one photograph of your spouse in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)
☐ No

| 1. Alien Registration Number (A-Number) (if any) | 2. Passport/ID Card Number (if any) | 3. Marital Status (Married, Single, Divorced, Widowed) | 4. U.S. Social Security Number (if any) |
|---|---|---|---|
| 5. Complete Last Name | 6. First Name | 7. Middle Name | 8. Date of Birth (mm/dd/yyyy) |
| 9. City and Country of Birth | 10. Nationality (Citizenship) | 11. Race, Ethnic, or Tribal Group | 12. Gender ☐ Male  ☐ Female |

13. Is this child in the U.S. ?  ☐ Yes (Complete Blocks 14 to 21.)  ☐ No (Specify location):

| 14. Place of last entry into the U.S. | 15. Date of last entry into the U.S. (mm/dd/yyyy) | 16. I-94 Number (if any) | 17. Status when last admitted (Visa type, if any) |
|---|---|---|---|
| 18. What is your child's current status? | 19. What is the expiration date of his/her authorized stay, if any? (mm/dd/yyyy) | 20. Is your child in Immigration Court proceedings? ☐ Yes  ☐ No | |

21. If in the U.S., is this child to be included in this application?  (Check the appropriate box.)
☐ Yes (Attach one photograph of your spouse in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)
☐ No

Form I-589 Supplement A (Rev. 11/01/12) Y

**Supplement B, Form I-589**

| Additional Information About Your Claim to Asylum |
|---|

| A-Number (if available) | Date |
|---|---|
| Applicant's Name | Applicant's Signature |

NOTE: *Use this as a continuation page for any additional information requested. Copy and complete as needed.*

Part _____

Question _____

12



DEPT OF HOMELAND SECURITY
BAU OF CITZ & IMMIGRATION SVCS
LUM OFFICE
E FIFTH STREET
MI, FL 33131-1800

HAMED BUSTANI                                    DATE: 11
206931291 REPTH: ZMI1400110170                   FORM: I-
                *** ACKNOWLEDGEMENT OF RECEIPT ***
Complete Form I-589 asylum application was received and is
1/12/14. You may remain in the U.S. until your asylum appli
ted. If you wish to leave while your application is pending,
tain advance parole from BCIS. If you change your address,
notification of the change within 10 days to the above addr
receive a notice informing you when you and those listed =
ur as a spouse or dependents must appear for an asylum in
the interview. 3 copies of documentary evidence of your
up to three family members.

ED BUSTANI

14TH CT

**EXHIBIT B**

## Assistant

| | |
|---|---|
| **From:** | Los Angeles Asylum <LosAngelesAsylum@uscis.dhs.gov> |
| **Sent:** | Thursday, May 18, 2023 12:48 PM |
| **To:** | Assistant |
| **Subject:** | RE: Bustani, Mohamed AXXX XXX 291 |

Dear Ms. Alnajjar,

Reference To: MOHAMED MOHAMED NAZIR BUSTANI - A206 931 291

The attorney of record has been updated in our system.

Thank you,

Los Angeles Asylum Office
P O Box 2003
Tustin, CA  92781-2003

LosAngelesAsylum@uscis.dhs.gov

JC

*This communication, along with any attachments, is covered by federal and state law governing electronic communications and may contain confidential and legally privileged information. If the reader of this message is not the intended recipient, the reader is hereby notified that any dissemination, distribution, use or copying of this message is strictly prohibited.  If you have received this in error, please reply immediately to the sender and delete this message.*

**From:** Assistant <assistant2@abushararlaw.com>
**Sent:** Monday, May 08, 2023 11:48 AM
**To:** Los Angeles Asylum <LosAngelesAsylum@uscis.dhs.gov>
**Subject:** Bustani, Mohamed A# 206 931 291

**CAUTION:** This email originated from outside of the Federal Government. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact the USCIS Security Operations Center with questions or click the "Report Phishing" button to report it as a phishing attempt.

Dear Sir/ Madam,

Hope this email finds you well.

We are the new legal representatives for the above-mentioned client. Please find attached our form G 28 for file update . Please let us know if the ZLA has the physical file of the applicant.

The applicant resides at:
6901 E Chauncey Lane Apt# 3153
Phoenix, Az 85054-5146

Thank you for considering this request.

Sincerely,

14

**Nour Alnajjar**
Assistant



**ABUSHARAR
& ASSOCIATES**
IMMIGRATION LAW FIRM

501 North Brookhurst Street, Suite 202
Anaheim, California 92801
T: 714-535-5600
F: 714-535-5605
E: assistant2@abushararlaw.com

CONFIDENTIALITY NOTICE: This email and any files transmitted with it are confidential and intended solely for the use
of the individual or entity to whom they are addressed. This message contains confidential information and is intended
only for the individual named. If you are not the named addressee, you should not disseminate, distribute or copy this
email. Please notify the sender immediately by email if you have received this email by mistake, delete this email and any
attachments from your system without reading or saving in any manner. If you are not the intended recipient, you are
notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly
prohibited.

**Abusharar and Associates
Immigration Law Firm**

**Nour Alnajjar**
Immigration Legal Assistant

Email: assistant2@abushararlaw.com | Phone: 714 535 5600 | Fax: 714 535 5605 | Website | Facebook

501 N Brookhurst St
Ste 202
Anaheim, Ca 92801
Directions

**CONFIDENTIALITY NOTICE:** This email and any files transmitted with it are confidential and intended solely for the use of the individual or
entity to whom they are addressed. This message contains confidential information and is intended only for the individual named. If you are not the
named addressee, you should not disseminate, distribute or copy this email. Please notify the sender immediately by email if you have received this
email by mistake, delete this email and any attachments from your system without reading or saving in any manner. If you are not the intended
recipient, you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly
prohibited.

15