JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MOHAMED M. BUSTANI,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, ET AL.,<br><br>    Defendants. | No. 8:23-cv-01512-DOC-KES<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS CASE [41]**<br><br>Honorable David O. Carter<br>United States District Judge |

Having read and considered the Joint Stipulation to Dismiss the Case submitted by the parties, and finding good cause therefor,

IT IS HEREBY ORDERED that:

1. The instant action shall be dismissed without prejudice;

2. United States Citizenship and Immigration Services ("USCIS") conducted Plaintiff's asylum interview on October 3, 2023, at the USCIS Field Office in Phoenix, Arizona;

3. Plaintiff understands that additional interview(s) may be required by USCIS as part of the asylum interview process and the adjudication of the application;

4. USCIS agrees to diligently work towards completing adjudication of the asylum application within 120 days of completion of Plaintiff's asylum interview, absent unforeseen or exceptional circumstances that would require additional time to complete adjudication;

5. In the event that USCIS does not complete adjudication of the asylum application within 120 days of the completion of the asylum interview, Plaintiff may refile this action;

6. In the case of an additional interview, Plaintiff agrees to submit all supplemental documents and evidence, if any, to USCIS prior to the agreed upon scheduled interview based on the following timelines.  Plaintiff may email any supplemental documents to LosAngelesAsylum@uscis.dhs.gov at least seven (7) calendar days before the supplemental interview. Alternatively, Plaintiff may mail the supplemental documents to the Los Angeles Asylum Office, P.O. Box 2003, Tustin, CA 92781-2003, postmarked no later than ten (10) calendar days prior to the scheduled supplemental interview. Plaintiff recognizes that failure to submit these documents in a timely manner may result in the interview being rescheduled at no fault of USCIS;

7.    Each party agrees to bear the party's own litigation costs, expenses, and attorney fees.

Dated:  October 18, 2023

_David O. Carter_

HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

2